**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NODLE TECHNOLOGY INC., a British Virgin Islands Corporation,    ) | Case No. |
| ) | |
| Plaintiff,    ) | **JURY TRIAL DEMANDED** |
| v.    ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation,    ) | |
| ) | |
| Defendants.    ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Nodle Technology Inc. ("Plaintiff" or "Nodle") files this Complaint for Patent Infringement and Demand for Jury Trial against Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively with SEC, "Defendants" or "Samsung") and allege as follows:

## THE PARTIES

1.      Nodle is a British Virgin Islands corporation with its principal place of business at 414 Brannan Street, San Francisco, CA 94107.

2.      SEC is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business located at 129 Samsung-Ro, Yeongtong-gu, Suwon-si, Gyeonggi-do, 443-742, Republic of Korea.

3.      Upon information and belief, SEC designs and makes products, including telecommunication and mobile phone products that are sold throughout the United States, including in this District, and introduces products into the stream of commerce that incorporate

infringing technology knowing that they would be sold in this District and elsewhere in the United States.

4.    SEA is a corporation organized and existing under the laws of New York, with its principal place of business located at 85 Challenger Road, Ridgefield Park, New Jersey 07660.  SEA is a wholly-owned subsidiary of SEC.  SEA has been registered to do business in Texas under File Number 0011028006 since at least June 10, 1996.  SEA may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

5.    Upon information and belief, SEA markets and sells products, including Samsung's consumer and enterprise electronics products and networks and including the products accused of infringement in this case, throughout the United States, including in this District, and introduces products into the stream of commerce that incorporate infringing technology knowing that they would be sold in this District and elsewhere in the United States.

6.    Samsung regularly conducts and transacts business throughout the United States, in Texas, and within this District; and as set forth below, has committed and continues to commit acts of patent infringement within this District.  Samsung maintains a regular and established place of business in this District through a permanent physical facility located at 6625 Excellence Way, Plano, Texas 75023.  Further, Samsung directly or indirectly uses, distributes, markets, sells, and/or offers to sell throughout the United States, including in this District, various software products, including but not limited to the Accused Products.

## JURISDICTION AND VENUE

7.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101 *et seq.*  This Court has subject matter jurisdiction over this

controversy pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under the Patent Act.

8.     This Court has personal jurisdiction over Samsung because it has conducted and continues to conduct business within the State of Texas and has engaged in continuous and systematic activities in this District.

9.     SEA maintains regular and established places of business in this District, including facilities located at 6625 Excellence Way, Plano, Texas 75023 and 2601 Preston Road, Frisco, Texas 75034.  SEA, directly or through its subsidiaries or affiliates, operates, ships, distributes, markets, offers for sale and sells the Accused Products throughout the United States and this District.

10.    Upon information and belief, SEC is the parent company of SEA and conducts business in this District directly and through SEA, its U.S. subsidiary, by making, using, selling, and offering to sell products that infringe the Asserted Patents (defined below).  SEC may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

11.    Samsung has committed and continues to commit acts of infringement within the State of Texas and within this District by making, using, offering to sell, selling, and/or importing the Accused Products.  Samsung, directly and through its subsidiaries or intermediaries including distributors, retailers, and others, has purposefully and voluntarily placed one or more of its infringing products and/or services, as described below, into the stream of commerce with the expectation that they will be purchased and used by consumers in this District.  These infringing products and/or services have been and continue to be purchased and used by consumers in this District.  Samsung has committed acts of patent infringement within the State of Texas and, more particularly, within this District.

12.     Additionally, this Court can exercise personal jurisdiction over Samsung because it has established minimum contacts with this forum such that the exercise of jurisdiction by this Court over Samsung in this action would be reasonable and would not offend traditional notions of fair play and substantial justice.  For example, Samsung's flagship campus in Plano, Texas houses employees across multiple divisions such as Customer Care, Mobile, Mobile R&D and Engineering, and employs more than 1,000 personnel relocated from Samsung's prior Richardson and Plano locations.  Employees in this District are involved in activities relating to the research, development, marketing, and support of the Accused Products.  Moreover, Samsung has committed acts of infringement in this District, including through selling and offering for sale infringing products and/or services in this District, as further described below, and Nodle's claims arise out of and relate to Samsung's acts of infringement in this District.

13.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).  Defendants have transacted business in this District, have regular and established places of business in this District, and have committed acts of infringement in this District.  Upon information and belief, Defendants employ personnel in this District, including personnel involved in Samsung's infringement by, at least through, the operating, testing, demonstration, support, sale and use of the Accused Products (as defined below).

## NODLE'S OPERATIONS AND INNOVATIONS

14.     Nodle was founded in 2017 by Micha Anthenor Benoliel ("Benoliel") and Garrett Kinsman ("Kinsman").  The name, "Nodle," originally conceived as an acronym for "Network Operator of Devices Low Energy," reflects the company's early focus on leveraging existing low-energy wireless technologies to build scalable communication systems.  Benoliel

and Kinsman first met in 2014 in pursuit of their goal to redefine mobile networking through mesh networking technology.  Early mesh networks struggled to maintain the density of nodes necessary to sustain the network because utilizing the network required users to keep applications running actively and continuously.

15.    In 2017, Benoliel and Kinsman discovered that Bluetooth Low Energy ("BLE") architecture could be utilized not only for short-range communications (*i.e.*, to forward messages between devices), but also to detect, identify and relay signals for millions of devices.  They realized that individual devices could serve as the nodes of a large scale, delay-tolerant network by receiving BLE beacons from endpoint devices and forwarding information to a server.  These participating devices collectively form the "Nodle Network," a decentralized wireless network powered by smartphones operating the Nodle mobile applications.  This breakthrough insight—allowing ordinary mobile devices to provide secure, energy-efficient connectively without requiring dedicated hardware—formed the foundation of the inventive concepts later embodied in Nodle's Asserted Patents (as defined below).  The Nodle Network that emerged from this architecture now comprises of over one million devices all operating together to create a decentralized trust and connectivity layer for Internet of Things ("IoT") systems.

16.    Building on these innovations, Nodle developed a decentralized wireless network that provides low-power connectivity, device discovery, and secure location services for IoT devices.  Nodle developed and commercialized an application and SDK that allowed both consumers and enterprises to participate in the Nodle Network.  Through the Nodle mobile application, participating devices function as "nodes" that continuously scan for BLE signals emitted by nearby IoT devices, authenticate device identifiers using cryptographic

techniques, and securely relay beacon information and geolocation data to Nodle's backend infrastructure.  This crowdsourced architecture enables global device connectivity without the need for proprietary hardware deployments and allows Nodle to maintain extensive network coverage through millions of participating devices.

17.     The Nodle platform, which operates in conjunction with the Nodle Network, incorporates privacy-enhancing security mechanisms, including rotating identifiers and hashed beacon values, to prevent unauthorized tracking and ensure that intermediary devices cannot decrypt sensitive information they relay.  These features preserve user privacy while enabling secure device discovery, registration, and location services across the decentralized network.

18.     Nodle's technology supports a range of commercial applications, including secure asset tracking, IoT device registration and verification, transport of IoT data, and authentication of digital or physical events.  The ongoing operation of the Nodle Network, coupled with its foundational innovations in decentralized, delay-tolerant wireless connectivity, provides the technical context for the patented systems and methods asserted in this action.

## ASSERTED PATENTS

19.     On October 15, 2019, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 10,448,238 (the "'238 Patent") entitled "Delay Tolerant Decentralized Network."  The '238 Patent lists Micha Anthenor Benoliel and Kyude Karyan as its inventors and is assigned to Nodle Technology Inc.  Attached hereto as Exhibit 1 is a true and correct copy of the '238 Patent.

20.     Nodle has been the sole owner of the '238 Patent since it was issued.  Benoliel and Karyan conveyed rights of the '238 Patent to Nodle Technology Inc. including the rights to sue, assert, exclude, assign, and license the '238 Patent.

21.     The '238 Patent generally discloses a method for locating devices via a network; utilizing beacons emitted via Bluetooth Low Energy ("BLE") or Ultra-wideband ("UWB") from an endpoint device; leveraging other nearby devices capable of receiving beacons to act as a relay to forward information concerning the endpoint device to a server; registering that information in a server; communicating that information to a user device requesting the location of the endpoint device; processing and displaying that information in a readable format on the user device.

22.     On July 1, 2025, the USPTO duly and legally issued U.S. Patent No. 12,349,232 (the "'232 Patent") entitled "Delay Tolerant Decentralized Network."  The '232 Patent lists Micha Anthenor Benoliel and Kyude Karyan as its inventors and is assigned to Nodle Technology Inc.  Attached hereto as Exhibit 2 is a true and correct copy of the '232 Patent.

23.     Nodle has been the sole owner of the '232 Patent since it was issued.  Benoliel and Karyan conveyed rights of the '232 Patent to Nodle Technology Inc. including the rights to sue, assert, exclude, assign, and license the '232 Patent.

24.     The '232 Patent generally discloses a system for locating devices via a network; utilizing beacons emitted via BLE or UWB from an endpoint device; leveraging other nearby devices capable of receiving beacons to act as a relay to forward information concerning the endpoint device to a server; registering that information in a server; communicating that information to a user device requesting the location of the endpoint device; processing and then displaying that information in a readable format on the user device.

25.     On August 24, 2021, the USPTO duly and legally issued U.S. Patent No. 11,102,650 (the "'650 Patent") entitled "Secure Beacon Identity."   The '650 Patent lists Micha

Anthenor Benoliel and Kyude Karyan as its inventors and is assigned to Nodle Technology Inc.  Attached hereto as Exhibit 3 is a true and correct copy of the '650 Patent.

26.     Nodle has been the sole owner of the '650 Patent since it was issued.  Benoliel and Karyan conveyed rights of the '650 Patent to Nodle Technology Inc. including the rights to sue, assert, exclude, assign, and license the '650 Patent.

27.     The '650 Patent generally discloses a system for securing privacy of information for a device from which the information is being requested; the device generating a secure beacon with a hash value based on the device's identity and a time unit; an intermediate device receiving the beacon but being unable to decrypt the information contained within the beacon; validating the hash value; after validation, forwarding the hash value to the servers; invalidating the previously stored hash value.

28.     On August 19, 2025, the USPTO duly and legally issued U.S. Patent No. 12,395,837 (the "'837 Patent") entitled "Secure Beacon Identity."  The '837 Patent lists Micha Anthenor Benoliel and Kyude Karyan as its inventors and is assigned to Nodle Technology Inc.  Attached hereto as Exhibit 4 is a true and correct copy of the '837 Patent.

29.     Nodle has been the sole owner of the '837 Patent since it was filed.  Benoliel and Karyan conveyed rights of the '837 Patent to Nodle Technology Inc. including the rights to sue, assert, exclude, assign, and license the '837 Patent.

30.     The '837 Patent generally discloses a system for securing the privacy of information for a device from which the information is being requested; the device generating a secure beacon with a hash value based on the device's identity and a time unit; an intermediate device receiving the beacon but being unable to decrypt the information contained

within the beacon; validating the hash value; after validation, forwarding the hash value to the servers; invalidating the previously stored hash value.

31.     On August 19, 2025, the USPTO duly and legally issued U.S. Patent No. 12,395,838 (the "'838 Patent") entitled "Secure Beacon Identity."  The '838 Patent lists Micha Anthenor Benoliel and Kyude Karyan as its inventors and is assigned Nodle Technology Inc. Attached hereto as Exhibit 5 is a true and correct copy of the '838 Patent.

32.     Nodle has been the sole owner of the '838 Patent since it was filed.  Benoliel and Karyan conveyed rights of the '838 Patent to Nodle Technology Inc. including the rights to sue, assert, exclude, assign, and license the '838 Patent.

33.     The '838 Patent generally discloses a system for registering a device with a particular service that the device supports; using beacon technology to send a request; the beacon including a hash value and data from other services; identifying a service provider capable of proving the particular service; the service provider receiving a request to initiate data flow from the device; validating the received beacon's hash value; initiating a service connection after validating the beacon's hash value.

34.     The '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent are collectively referred to herein as the "Asserted Patents."

## PATENT ELIGIBILITY

35.     All of the Asserted Patents are patent eligible, valid, and enforceable.  The Asserted Patents are not abstract and specifically claim inventive concepts that represent significant improvements over conventional systems for securely locating devices.

36.     The claimed invention of the '238 Patent describes device management, the creation of composite networks, data storage and retrieval techniques, and the interactions

between devices and servers that create a secure network. '238 Patent at 3:14-21. These provide device management techniques and form novel communication networks that are used in novel ways and include advantages such as improved connectivity and the ability to track and locate devices utilizing BLE or UWB technology. *Id.* at 3:59-4:12. The efficiency, flexibility, and versatility of the '238 Patent's novel network "enables regions of lower connectivity to increase their connectivity" and provides "coverage beyond the reach of conventional cellular networks" by, for example, "leverage[ing] existing smartphone infrastructure to create delay-tolerant connectivity." *Id.* at 9:1-3, 15-22. Further, the '238 Patent's network architecture can, for example, "easily deploy a software update to [] user devices to begin communicating with endpoint devices . . . to provide higher latency IoT connectivity to even the remotest regions of the world." *Id.* at 9:25-30.

37.     For example, the '238 Patent improves the connectivity of devices that cannot connect to Wi-Fi or a wireless network by allowing them to function as if connected to Wi-Fi or a wireless network; using beacons to transmit data from a device through BLE or UWB technology; utilizing other devices within standard BLE or UWB range to receive these beacons; utilizing those other devices to as a relay to forward the beacons to a server; the server being equipped to store and process the information associated with the beacons; the server also being equipped to send the information to a third device; allowing the third device receive and process the information; also allowing the third device to request the information directly from the server.

38.     The claims of the '238 Patent describe an inventive concept at least because they provide a novel platform that facilitates communication between devices; using low energy mechanisms, such as BLE ow UWB to transmit information between devices; utilizing

an intermediate device to relay information to a server; processing the information through a server; and transmitting that information to a requesting device.

39.     The claimed invention of the '232 Patent describes device management, the creation of composite networks, data storage and retrieval techniques, and the interactions between devices and servers that create a secure network.  '232 Patent at 3:14-21.  These provide device management techniques and form novel communication networks that are used in novel ways and include advantages such as improved connectivity and the ability to track and locate devices utilizing BLE or UWB technology.  *Id.* at 3:59-4:12.   The efficiency, flexibility, and versatility of the '232 Patent's novel network "enables regions of lower connectivity to increase their connectivity" and provides "coverage beyond the reach of conventional cellular networks" by, for example, "leverage[ing] existing smartphone infrastructure to create delay-tolerant connectivity."  *Id.* at 9:1-3, 15-22.  Further, the '232 Patent's network architecture can, for example, "easily deploy a software update to [] user devices to begin communicating with endpoint devices . . . to provide higher latency IoT connectivity to even the remotest regions of the world."  *Id.* at 9:25-30.

40.     For example, the '232 Patent improves the connectivity of devices that cannot connect to Wi-Fi or a wireless network by allowing them to function as if connected to Wi-Fi or a wireless network; using beacons to transmit data from a device through BLE or UWB technology; utilizing other devices within standard BLE or UWB range to receive these beacons; utilizing those other devices to as a relay to forward the beacons to a server; the server being equipped to store and process the information associated with the beacons; the server also being equipped to send the information to a third device; allowing the third device

receive and process the information; also allowing the third device to request the information directly from the server.

41.     The claims of the '232 Patent describe an inventive concept at least because they provide a novel platform that facilitates communication between devices; using low energy mechanisms, such as BLE or UWB to transmit information between devices; utilizing an intermediate device to relay information to a server; processing the information through a server; and transmitting that information to a requesting device.

42.     The claimed invention of the '650 Patent describes interactions between devices and servers that creates a highly secured environment to facilitate information transmission by providing a network architecture and device management techniques and form novel communication networks that are used in novel ways, and include advantages such as improved security of transmitting information pertaining to the devices by creating and utilizing "secure non-forgeable beacons," *i.e.*, hash values, to encrypt the information. '650 Patent at 3:57-4:16.  The '650 Patent addresses security and privacy problems inherent to the increase in the number of IoT devices and its sophistication by, for example, "remove[ing] wireless signatures altogether and anonymize[ing] the identity of trackers and sensors;" using other "wireless signals, such as Bluetooth . . . for anonymous location tracking on devices;" and making devices "anonymous to third parties." *Id.* at 3:57-4:1; *See id.* 4:6-16.  The versatility of the '650 Patent improves accessibility and security of existing devices by allowing the anonymized beacon to be "received by any computational device" and validated using novel data decryption techniques such as time resynchronization to address clock drifts. *Id.* at 4:17-27; 12:63-13:22.

43.     The '650 Patent improves the security of transmitting information between devices by encrypting the information itself so that only a requesting device can decrypt the information; utilizing beacons to transmit information from a device to a server; the beacon comprising a hash value; the hash value being further comprised of a unique device identifier and a time unit; validating the hash value of the beacon; once validated, forwarding the beacon the server; the server invalidating information previously stored so that the new information from the beacon can be updated.

44.     The claims of the '650 Patent describe an inventive concept at least because they provide a novel platform that facilitates the secure transmission of information between devices utilizing BLE or UWB technology; utilizing hash values as the encryption technique that secures the information; the information only being readable by a server or a device requesting the information.

45.     The claimed invention of the '837 Patent describes interactions between devices and servers that creates a highly secured environment to facilitate information transmission by providing a decentralized network architecture and device management techniques and form novel communication networks that are used in novel ways, and include advantages such as improved security of transmitting information pertaining to the devices by creating and utilizing "secure non-forgeable beacons," *i.e.*, hash values, to encrypt the information.  '837 Patent at 4:19-32.  The '837 Patent addresses security and privacy problems inherent to the increase in the number of IoT devices and its sophistication by, for example, "remove[ing] wireless signatures altogether and anonymize[ing] the identity of trackers and sensors;" using other "wireless signals such as Bluetooth . . . for anonymous location tracking on devices;" and making devices "anonymous to third parties."  *Id.* at 4:6-17.  The versatility of the '837 Patent

improves accessibility and security of existing devices by allowing the anonymized beacon to be "received by any computational device" and validated using novel data decryption techniques such as time resynchronization to address clock drifts. *Id.* at 4:33-43; 13:11-33.

46.     For example, the '837 Patent improves the security of transmitting information between devices by encrypting the information itself so that only a requesting device can decrypt the information; utilizing beacons to transmit information from a device to a server; the beacon comprising a hash value; the hash value being further comprised of a unique device identifier and a time unit; validating the hash value of the beacon; once validated, forwarding the beacon the server; the server invalidating information previously stored so that the new information from the beacon can be updated.

47.     The claims of the '837 Patent describe an inventive concept at least because they provide a novel platform that facilitates the secure transmission of information between devices utilizing BLE or UWB technology; utilizing hash values as the encryption technique that secures the information; the information only being readable by a server or a device requesting the information.

48.     The claimed invention of the '838 Patent describes interactions between an endpoint device and a server that creates an environment to facilitate information transmission by providing a network architecture and device management techniques and form novel communication networks that are used in novel ways, and include advantages such as improved security of registering a device to a service over a network by creating and utilizing "secure non-forgeable beacons," *i.e.*, hash values, and Bluetooth technology to facilitate encrypted data transmission associated with the service. '838 Patent at 4:18-47; 5:42-59. The '838 Patent addresses security and privacy problems inherent to the increase in the number of

14

IoT devices and its sophistication by, for example, "remove[ing] wireless signatures altogether and anonymize[ing] the identity of trackers and sensors;" using other "wireless signals, such as Bluetooth . . . for anonymous location tracking on devices;" and making devices "anonymous to third parties." *Id.* at 4:10-21. The versatility of the '838 Patent improves accessibility and security of existing devices by allowing the anonymized beacon to be "received by any computational device" and validated using novel data decryption techniques such as time resynchronization to address clock drifts. *Id.* at 4:37-47; 13:17-38.

49.    For example, the '838 Patent improves the ability for devices to register a service that the device supports; utilizing BLE or UWB technology to connect a server and a device so that the registration process occurs through a network; using hash values to create a unique identity for the device.

50.    The claims of the '838 Patent describe an inventive concept at least because they provide a novel platform for device registration that can be completed through a network, thereby easing the ability of devices to register services.

## SAMSUNG'S INFRINGING PRODUCTS

51.    In or around October 2020 Samsung launched "SmartThings Find," a mobile solution designed to locate devices registered with the SmartThings network. SmartThings Find is both a platform within the SmartThings application for device management and also the method for locating the device itself.



Ex. 6 at 1. (https://news.samsung.com/global/samsung-launches-smartthings-find-a-new-way-to-quickly-and-easily-locate-your-galaxy-devices).

52.    SmartThings Find allows certain devices that are not Wi-Fi or cellular network-enabled to be managed and located.  It utilizes Bluetooth Low Energy ("BLE") and Ultra-Wideband ("UWB") Technology to connect users' devices to a device whose location is being requested.  For devices that are not within BLE range of the user device, the system further utilizes and leverages nearby devices, which can be any Samsung device connected to the SmartThings Find Network that has enabled the finding feature, to act as intermediaries that relay the location of the requested device to the user device. Additionally, Samsung devices can find compatible third-party endpoint devices, connect and locate such devices through the Samsung Find network.  Upon detection of a compatible third-party endpoint device, Samsung devices enable the interoperability between the third-party endpoint device and the Samsung Find network.

# SmartThings Find

3 years ago · Updated

SmartThings Find in the SmartThings app helps you locate your lost Samsung devices like phones, tablets, earbuds, watches, and more. Once a device is registered in SmartThings Find, Offline Finding leverages millions of Samsung community members to help find the last known location of your supported Galaxy device by anonymously detecting your missing devices via Bluetooth.

You can also share your devices in SmartThings Find with members of the SmartThings location to allow them to access device finding.

**Note:** SmartThings Find is only supported on Android devices.

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

      53.    The Accused Products, as used herein, refers collectively to Samsung's SmartThings Network with the Find feature for locating devices and associated devices.  The SmartThings Network includes Samsung's servers and software (including its cloud-based systems) implementing and operating the SmartThings Network for operating the Find feature and managing and locating devices (including third party devices).  The Accused Products include Samsung devices that are capable of interacting with the SmartThings Find platform and that are manufactured, used, tested, imported, sold, offered for sale, and imported by or on behalf of Samsung:

- Galaxy S Series

- Galaxy Z Series

- Galaxy A Series

- Galaxy J Series

- Galaxy Note Series

- Galaxy Tab S Series

- Galaxy Watch (all versions)

- Galaxy Buds (all versions)

- Samsung SmartTag (all versions)

54.     Samsung makes, uses, sells, offers for sale, and/or imports into the United States and this District the Accused Products for locating devices that infringe the Asserted Patents.

## <u>SAMSUNG'S INFRINGEMENT OF THE ASSERTED PATENTS</u>

55.     Samsung has infringed and continues to infringe one or more claims of each of the Asserted Patents by engaging in acts that constitute infringement under 35 U.S.C. § 271, including but not necessarily limited to making, using, selling, and/or offering for sale, this District and elsewhere in the United States, and/or importing into this District and elsewhere in the United States the Accused Products.

56.     In addition to directly infringing the Asserted Patents pursuant to 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, Samsung indirectly infringes all the Asserted Patents under 35 U.S.C. § 271(b) and (c), literally and/or under the doctrine of equivalents.  Samsung induces infringement of the Asserted Patents by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to meet claim elements, literally and/or under the doctrine of equivalents, the Asserted Patents. Samsung contributorily infringes the Asserted Patents by making and supplying the Accused Products that are components in an infringing system with components from manufacturers, customers, purchasers, users, and developers that together meet all of the claim elements in the Asserted Patents, literally and/or under the doctrine of equivalents.

57.     In September 2018, Nodle engaged in discussions with Samsung and entered into a Mutual Non-Disclosure Agreement in connection with those discussions.  These discussions included Nodle sharing confidential information regarding its technology with Samsung, including product demonstrations.  By 2019, Samsung was aware that Nodle had obtained patent protection relating to its wireless networking technology.  Samsung therefore had knowledge of the Asserted Patents since at least 2019.

## COUNT I
### (Direct Infringement of the '238 Patent)

58.     Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

59.     In violation of 35 U.S.C. § 271(a), Samsung and the owners of Samsung devices directly infringed and continue to infringe the '238 Patent, including at least Claim 1 of the '238 Patent, by performing the disclosed method when using the Accused Products.

60.     Samsung's and the device owners' acts of performing the disclosed method have been without the permission, consent, authorization, or license of Nodle.

61.     Samsung's infringement includes, but is not limited to, the use of the Accused Products, which infringe the '238 Patent because they satisfy each element of claims of the '238 Patent, either literally, under the doctrine of equivalents, or both.

62.     By way of example of Samsung's infringement of the '238 Patent, the Accused Products meet all of the limitations of Claim 1 of the '238 Patent which recites:

A method, comprising:

> receiving a beacon from a first intermediate device via a first network, wherein the beacon was received by the first intermediate device from an endpoint device via a second network;

identifying a characteristic of the beacon, the characteristic of the beacon including an identifier of the endpoint device;

using the identifier of the endpoint device to perform a lookup in a data record to identify a particular server that is associated with the beacon;

selecting the particular server based on a result of the lookup in the data record;

sending a beacon message to the server via a third network, the beacon message including at least one of the beacon, or information pertaining to the beacon;

receiving, from the server, a response message pertaining to the beacon message; and

processing the response message.

63.    The Accused Products include the recited computer program product for locating devices, as described below.





Ex. 8 at 1 (https://www.samsung.com/levant/apps/smartthings-find/).

64.    The Accused Products include a module for registering devices with the SmartThings Network.  For example, Samsung's users can add any compatible devices to the SmartThings network to utilize the SmartThings Find platform.



Ex. 9 at 1-2 (https://www.samsung.com/levant/support/apps-services/add-and-manage-devices-and-appliances-in-smartthings/).

65.    The Accused Products include a module for generating a unique device identifier when a new device is registered with the SmartThings network.  This identifier is used when devices communicate via BLE or UWB so that the individual devices and Samsung's servers know which devices are communicating with one another while utilizing the SmartThings Find System.  This unique identifier aids in finding a device by ensuring Samsung's servers transmit the correct information to the user device.

> You can only use SmartThings Find service when your Samsung account is registered on the device you want to find. The device must also be connected to the internet unless "Offline finding" option (from Settings > Samsung account > Find my mobile > Offline finding) is turned on. If the **Find My Mobile setting** on the device is turned off, you will not be able to track your device.
>
> **Please note:** This setting is automatically activated when a Samsung account is registered on the device.

Ex. 10 at 2 (https://www.samsung.com/levant/support/apps-services/how-does-find-my-mobile-work/).

66.     The Accused Products are capable of emitting beacon messages.  When a device, the endpoint device, goes offline for over thirty minutes, it begins sending out a beacon utilizing BLE technology.

> With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

Ex. 11 at 2 ([https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find](https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find)).

67.     For mobile devices, this occurs after the mobile device has been disconnected from Wi-Fi or a wireless network for thirty minutes.  For other devices, such as earbuds, this occurs after the device has been disconnected from the registered device for thirty minutes.  Samsung calls this feature "Offline Finding."

### A device is classified as lost in SmartThings Find under the following conditions:

**Mobile devices**
- If the device is disconnected or blocked from a Wi-Fi or mobile data network for 30 minutes or longer.

**Wearable device**
- **Watch**: If the device is disconnected or blocked from a Wi-Fi or mobile data network or disconnected from your mobile phone for 30 minutes or longer.
- **Buds**: If the Buds are disconnected from the registered device for 30 minutes or longer (If the Buds are outside of the case).

Ex. 12 at 1 ([https://www.samsung.com/ph/support/apps-services/know-when-a-device-registered-on-smartthings-find-is-classified-as-lost/](https://www.samsung.com/ph/support/apps-services/know-when-a-device-registered-on-smartthings-find-is-classified-as-lost/)).

**1**  Navigate to and open the **SmartThings** app, and then tap the **Life** tab. Tap the **Find** card.

**2**  Tap **More options** (the three vertical dots), and then tap **Settings**.

**3**  Tap **Allow devices to be found**, and then tap the **switch** next to Offline finding.



Ex. 13 at 4-5 (https://www.samsung.com/us/support/answer/ANS10004549/).

68.     Devices that have enabled the Offline Finding feature constantly scan and listen for beacons from other devices.  Devices located within BLE or UWB range of the endpoint device receive the beacons containing identifying information from the endpoint devices.  The nearby devices, or intermediate devices, act as a relay and forward the data to Samsung's servers via Wi-Fi or a cellular network.  The intermediate devices also communicate their own location to Samsung's servers.

> ⓘ NOTE
>
> Bluetooth devices connected to a non-Samsung or iOS phone will not be displayed in the SmartThings clients.

Ex. 14 at 1 (https://developer.smartthings.com/docs/devices/mobile-connected/get-started).

> The Offline finding feature in SmartThings Find can help you locate a missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it. However, you'll first need to turn on the Offline finding feature in order for the service or offline encryption to work.

Ex. 13 at 4 (https://www.samsung.com/us/support/answer/ANS10004549/).

69.     Samsung's servers receive the forwarded beacons and the location information from the intermediate device and store this data.  Once received, the servers perform a lookup using the unique identifying information contained within the beacon so that Samsung's servers know where to store or transmit this data.

70.     User devices, or second intermediate devices, query Samsung servers for the location of the device using the SmartThings Find platform.  Users navigate to the SmartThings application or website, and select the desired device, which appears on a list with all of the user's registered devices.  This selection sends a request to Samsung's servers.

> SmartThings Find provides you with two modes of tracking your devices. You can either 'Search Nearby' as your smartphone will directly locate the lost device and ring it in case it supports the ringing function. Alternately, you can ask for the location of your device and the servers will update you with the latest location of the device on a map, as found by other SmartThings Find users around your house, in your city or even globally. So simply, 'Navigate' to the last location and retrieve your Galaxy device.

Ex. 11 at 1 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

71.     The Samsung servers receive this request and then transmit information concerning the device, including the location of the device, back to the user device.

72.     The user device receives the information from the servers.  The user device processes the data received and then displays the location of the endpoint device in the form electronic map.



Ex. 15 at 5 (https://dfrws.org/wp-content/uploads/2025/03/DFRWS_EU_Samsung-Tracking-Tag-Application-Forensics-in-Criminal-Investigations.pdf).

**4** Tap the **Menu** icon (it has three dots with three lines) on the map to view your devices. Tap a device to view it on the map, and then zoom in on the map by pinching the screen with your fingers.



Ex. 13 at 2 (https://www.samsung.com/us/support/answer/ANS10004549/).

73.    Thus, the Accused Products satisfy all elements of at least Claim 1 of the '238 Patent.

74.    Samsung's infringement of the '238 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

75.     Samsung's infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

76.     Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285 for Samsung's direct infringement of the '238 Patent.

<u>**COUNT II**</u>
**(Indirect Infringement of the '238 Patent)**

77.     Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

78.     As set forth above, Samsung has had knowledge of Nodle's patents and of its infringement of the '238 Patent since at least the date of this Complaint, if not earlier.

79.     As set forth above, the performance of the disclosed method by Accused Products directly infringes the '238 Patent.  Additionally, Samsung has actively, knowingly, and intentionally induced and continues to induce infringement of one or more claims of the '238 Patent pursuant to 35 U.S.C. § 271(b); and has contributorily infringed and continues to contributorily infringe one or more claims of the '238 Patent under 35 U.S.C. § 271(c).

80.     Samsung indirectly infringes the '238 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, shoppers, users, developers, vendors, and manufacturers to meet the elements of at least Claim 1 of the '238 Patent.  Such use is consistent with how the Accused Products are described to directly infringe the '238 Patent and how they are intended to be used, as described above and incorporated by reference here.

### Information about SmartThings Find 

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the SmartThings Find website! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

If your device is nearby but you still cannot seem to find it, you can make your device ring or play a sound to help you locate it.

Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

81.     Samsung knew or was willfully blind to the fact that it is inducing others, including customers, purchasers, shoppers, users, and developers to infringe the '238 Patent, including at least Claim 1.

82.     Samsung knowingly and actively aided and abetted the direct infringement of the '238 Patent by instructing and encouraging its customers, purchasers, shoppers, users, developers, vendors, and/or manufacturers to use the Accused Products and thereby perform the steps of the disclosed method.  Such instructions and encouragement include, but is not limited to, advising third parties to use the Accused Products through which third parties may infringe the '238 Patent, and by advertising and promoting the use of the Accused Products, and distributing guidelines and instructions to third parties on how to use the Accused Products in an infringing manner.

### Use SmartThings Find with the SmartThings app



With all the devices we own these days, it's easy to accidentally misplace one or two. Luckily, SmartThings Find in the SmartThings app will help you locate your precious devices, like your phone, tablet, earbuds, and watch. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy users so a friend can locate a device for you, or turn on the Offline finding feature. If you need additional tracking options, you can use the Samsung SmartTag as well.

Ex. 13 at 1 (https://www.samsung.com/us/support/answer/ANS10004549/).



Ex. 17 at 5
(https://downloadcenter.samsung.com/content/UM/202311/20231107134122000/EI-T5600_UM_GLOBAL_TYPE_Rev.1.2_231107.pdf.).

83.    Further examples of this instruction and enforcement include, for example,

training by Samsung either in-person or by instructional videos and material, for how to utilize

Samsung's SmartThings Find system to locate devices.



https://www.youtube.com/watch?v=OiTBjXCloPU

84.     Samsung updates and maintains help and customer service sections on its website which cover in-depth aspects of operating the Accused Products in an infringing manner.



Ex. 18 at 1 (https://www.samsung.com/us/support/smart-home/smartthings/).

### Using SmartThings Find

To view or control devices in SmartThings Find, you simply select the service under the Life tab and, on the Map, tap the device you would like to find. You can also select the **List Button** to show a full list of devices added to the service.

You can select the refresh button under a device's name to attempt a refresh of the device's information and location.

After choosing a device, you may see the following options depending on what kind of device you have.

- **Navigate** - Select this to open map navigation to the current location or last known location of that device
- **Search Nearby** - This will run a Bluetooth search for a device that's near, helping you locate it once you are close
  - Once connected to the device, a progress bar will show how strong the signal is, indicating how close you are to the device
  - A **Ring Button** may also show once connected allowing you to cause the device to ring
- **Location History (For SmartTag)** - Shows the location history for that device over the last 7 days

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

85.     Further, Samsung advertises on its website the infringing features of the Accused Products and instructs consumers on how to use the Accused Products in an infringing manner.



Ex. 19 at 1 (https://www.samsung.com/ae/support/mobile-devices/how-do-i-use-offline-finding-feature-of-samsung-smarttag/).

86.    Samsung contributorily infringes the '238 Patent pursuant to 35 U.S.C. § 271(c) because it has provided material components of the claims of the '238 Patent.  In particular, Samsung knows that the Accused Products are particularly suited to be used in an infringing manner and are particularly suited for this use.

The Offline finding feature in SmartThings Find works in conjunction with Find My Mobile to help you locate your missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it.

However, you'll first need to turn on the Offline finding feature for the service or offline encryption to work.

**Step 1.** Navigate to and open the **SmartThings** app, then tap the **Life** tab. Tap the **SmartThings Find** card.

**Step 2.** Tap **More options** (the three vertical dots), then tap **Settings**.

**Step 3.** Tap **Allow devices to be found**, then tap the **switch** next to Offline finding. This feature works with Find My Mobile to locate your device, even if it's offline.

Ex. 20 at 17 (https://www.samsung.com/au/support/apps-services/use-smartthings-find-with-the-smartthings-app/).

87.    The Accused Products are developed and specialized to utilize BLE technology to assist in locating devices and are not staple articles or commodities of commerce because

they are specifically made to be used in an infringing manner, as described in the direct infringement claim above.



Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

88.    Samsung has known or has been willfully blind to the fact that it is contributing to the infringement of one or more claims of the '238 Patent, including at least Claim 1.

> ## Information about SmartThings Find ⌃
>
> The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.
>
> You can also use the SmartThings Find website! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

*Id.* (https://www.samsung.com/us/support/answer/ANS10002539/).

89.    Samsung's indirect infringement of the '238 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

90.    Samsung's indirect infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

91.     Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285.

## COUNT III
### (Direct Infringement of the '232 Patent)

92.     Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

93.     In violation of 35 U.S.C. § 271(a), Samsung directly infringed and continues to infringe the '232 Patent, including at least Claim 1 of the '232 Patent, by making, using, importing, selling, and offering for sale in the United States the Accused Products.

94.     Samsung's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Nodle.

95.     Samsung's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of the Accused Products, which infringe the '232 Patent because they satisfy each element of claims of the '232 Patent, either literally, under the doctrine of equivalents, or both.

96.     By way of example of Samsung's infringement of the '232 Patent, the Accused Products meet all of the limitations of Claim 1 of the '232 Patent which recites:

A system, comprising:

a memory; and

one or more processors operatively coupled to the memory, the one or more processors being configured to execute operations to cause the system to perform operations comprising:

receive a beacon from a first intermediate device via a first network, wherein the beacon was received by the first

intermediate device from an endpoint device via a second network;

identify a characteristic of the beacon, the characteristic of the beacon including an identifier of the endpoint device;

use the identifier of the endpoint device to perform a lookup in a data record to identify a particular server that is associated with the beacon;

select the particular server based on a result of the lookup in the data record;

send a beacon message to the server via a third network, the beacon message including at least one of the beacon, or information pertaining to the beacon;

receive, from the server, a response message pertaining to the beacon message; and

process the response message.

97.     The Accused Products include the recited computer program product for locating devices, as described below.



Ex. 8 at 1 (https://www.samsung.com/levant/apps/smartthings-find/).

98.     The Accused Products include a processor and a memory, such that they are capable of executing operations to perform the recited computer program.



Ex. 21 at 5-7 (https://www.samsung.com/levant/smartphones/galaxy-s25/compare/).

99.    The Accused Products include a module for registering devices with the SmartThings Network.  For example, Samsung's users can add any compatible devices to the SmartThings network to utilize the SmartThings Find platform.



Ex. 9 at 1-2 (https://www.samsung.com/levant/support/apps-services/add-and-manage-devices-and-appliances-in-smartthings/).

100.    The Accused Products include a module for generating a unique device identifier when a new device is registered with the SmartThings network.  This identifier is used when devices communicate via BLE or UWB so that the individual devices and Samsung's servers know which devices are communicating with one another while utilizing the SmartThings Find System.  This unique identifier aids in finding a device by ensuring Samsung's servers transmit the correct information to the user device.

> You can only use SmartThings Find service when your Samsung account is registered on the device you want to find. The device must also be connected to the internet unless "Offline finding" option (from Settings > Samsung account > Find my mobile > Offline finding) is turned on. If the **Find My Mobile setting** on the device is turned off, you will not be able to track your device.
>
> **Please note:** This setting is automatically activated when a Samsung account is registered on the device.

Ex. 10 at 2 (https://www.samsung.com/levant/support/apps-services/how-does-find-my-mobile-work/).

101.    The Accused Products are capable of emitting beacon messages.  When a device, the endpoint device, goes offline for over thirty minutes, it begins sending out a beacon utilizing BLE technology.

> With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

Ex. 11 at 2 ([https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find](https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find)).

102.    For mobile devices, this occurs after the mobile device has been disconnected from Wi-Fi or a wireless network for thirty minutes.  For other devices, such as earbuds, this occurs after the device has been disconnected from the registered device for thirty minutes. Samsung calls this feature "Offline Finding."

### A device is classified as lost in SmartThings Find under the following conditions:

**Mobile devices**
- If the device is disconnected or blocked from a Wi-Fi or mobile data network for 30 minutes or longer.

**Wearable device**
- **Watch**: If the device is disconnected or blocked from a Wi-Fi or mobile data network or disconnected from your mobile phone for 30 minutes or longer.
- **Buds**: If the Buds are disconnected from the registered device for 30 minutes or longer (If the Buds are outside of the case).

Ex. 12 at 1 ([https://www.samsung.com/ph/support/apps-services/know-when-a-device-registered-on-smartthings-find-is-classified-as-lost/](https://www.samsung.com/ph/support/apps-services/know-when-a-device-registered-on-smartthings-find-is-classified-as-lost/)).

1  Navigate to and open the **SmartThings** app, and then tap the **Life** tab. Tap the **Find** card.

2  Tap **More options** (the three vertical dots), and then tap **Settings**.

3  Tap **Allow devices to be found**, and then tap the **switch** next to Offline finding.



Ex. 13 at 4-5 (https://www.samsung.com/us/support/answer/ANS10004549/).

103.    Devices that have enabled the Offline Finding feature constantly scan and listen for beacons from devices.  Devices located within BLE or UWB range of the endpoint device receive the beacons containing identifying information from the devices.  The nearby devices, or intermediate devices, act as a relay and forward the data to Samsung's servers via Wi-Fi or a cellular network.  The intermediate devices also communicate their own location to Samsung's servers.

> (i) NOTE
>
> Bluetooth devices connected to a non-Samsung or iOS phone will not be displayed in the SmartThings clients.

Ex. 14 at 1 (https://developer.smartthings.com/docs/devices/mobile-connected/get-started).

> The Offline finding feature in SmartThings Find can help you locate a missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it. However, you'll first need to turn on the Offline finding feature in order for the service or offline encryption to work.

Ex. 13 at 4 (https://www.samsung.com/us/support/answer/ANS10004549/).

104.    Samsung's servers receive the forwarded beacons and the location information from the intermediate device and store this data.  Once received, the servers perform a lookup using the unique identifying information contained within the beacon so that Samsung's servers know where to store or transmit this data.

105.    User devices, or second intermediate, devices query Samsung servers for the location of the device using the SmartThings Find platform.  Users navigate to the SmartThings application or website, and select the desired device, which appears on a list with all of the user's registered devices.  This selection sends a request to Samsung's servers.

> SmartThings Find provides you with two modes of tracking your devices. You can either 'Search Nearby' as your smartphone will directly locate the lost device and ring it in case it supports the ringing function. Alternately, you can ask for the location of your device and the servers will update you with the latest location of the device on a map, as found by other SmartThings Find users around your house, in your city or even globally. So simply, 'Navigate' to the last location and retrieve your Galaxy device.

Ex. 11 at 1 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

106.    The Samsung servers receive this request and then transmit information concerning the device, including the location of the device, back to the user device.

107.    The user device receives the information from the servers.  The user device processes the data received and then displays the location of the endpoint device in the form electronic map.



Ex. 15 at 5 (https://dfrws.org/wp-content/uploads/2025/03/DFRWS_EU_Samsung-Tracking-Tag-Application-Forensics-in-Criminal-Investigations.pdf).

**4** Tap the **Menu** icon (it has three dots with three lines) on the map to view your devices. Tap a device to view it on the map, and then zoom in on the map by pinching the screen with your fingers.



Ex. 13 at 2 (https://www.samsung.com/us/support/answer/ANS10004549/).

108.    Thus, the Accused Products satisfy all elements of at least Claim 1 of the '232 Patent.

109.    Samsung's infringement of the '232 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

110.    Samsung's infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

111.    Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285 for Samsung's direct infringement of the '232 Patent.

**COUNT IV**
**(Indirect Infringement of the '232 Patent)**

112.    Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

113.    As set forth above, Samsung has had knowledge of Nodle's patents and of its infringement of the '232 Patent since at least the date of this Complaint, if not earlier.

114.    As set forth above, the Accused Products directly infringe the '232 Patent. Additionally, Samsung has actively, knowingly, and intentionally induced and continues to induce infringement of one or more claims of the '232 Patent pursuant to 35 U.S.C. § 271(b); and has contributorily infringed and continues to contributorily infringe one or more claims of the '232 Patent under 35 U.S.C. § 271(c).

115.    Samsung indirectly infringes the '232 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, shoppers, users, developers, vendors, and manufacturers to meet the elements of at least Claim 1 of the '232 Patent.  Such use is consistent with how the Accused Products are described to directly infringe the '232 Patent and how they are intended to be used, as described above and incorporated by reference here.



**Information about SmartThings Find**

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the SmartThings Find website! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

If your device is nearby but you still cannot seem to find it, you can make your device ring or play a sound to help you locate it.

Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

116.    Samsung knew or was willfully blind to the fact that it is inducing others, including customers, purchasers, shoppers, users, and developers to infringe the '232 Patent, including at least Claim 1.

117.    Samsung knowingly and actively aided and abetted the direct infringement of the '232 Patent by instructing and encouraging its customers, purchasers, shoppers, users, developers, vendors, and/or manufacturers to use the Accused Products.  Such instructions and encouragement include, but is not limited to, advising third parties to use the Accused Products through which third parties may infringe the '232 Patent, and by advertising and promoting the use of the Accused Products, and distributing guidelines and instructions to third parties on how to use the Accused Products in an infringing manner.

**Use SmartThings Find with the SmartThings app**



With all the devices we own these days, it's easy to accidentally misplace one or two. Luckily, SmartThings Find in the SmartThings app will help you locate your precious devices, like your phone, tablet, earbuds, and watch. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy users so a friend can locate a device for you, or turn on the Offline finding feature. If you need additional tracking options, you can use the Samsung SmartTag as well.

Ex. 13 at 1 (https://www.samsung.com/us/support/answer/ANS10004549/).



Ex. 17 at 5
(https://downloadcenter.samsung.com/content/UM/202311/20231107134122000/EI-T5600_UM_GLOBAL_TYPE_Rev.1.2_231107.pdf.).

118.    Further examples of this instruction and enforcement include, for example, training by Samsung either in-person or by instructional videos and material, for how to utilize Samsung's SmartThings Find system to locate devices.



https://www.youtube.com/watch?v=OiTBjXCloPU

119.    Samsung updates and maintains help and customer service sections on its website which cover in depth aspects of operating the Accused Products in an infringing manner.



**Search Product**

Ex. 18 at 1 (https://www.samsung.com/us/support/smart-home/smartthings/).

## Using SmartThings Find

To view or control devices in SmartThings Find, you simply select the service under the Life tab and, on the Map, tap the device you would like to find. You can also select the **List Button** to show a full list of devices added to the service.

You can select the refresh button under a device's name to attempt a refresh of the device's information and location.

After choosing a device, you may see the following options depending on what kind of device you have.

- **Navigate** - Select this to open map navigation to the current location or last known location of that device

- **Search Nearby** - This will run a Bluetooth search for a device that's near, helping you locate it once you are close

  - Once connected to the device, a progress bar will show how strong the signal is, indicating how close you are to the device

  - A **Ring Button** may also show once connected allowing you to cause the device to ring

- **Location History (For SmartTag)** - Shows the location history for that device over the last 7 days

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

     120.    Further, Samsung advertises on its website the infringing features of the

Accused Products and instructs consumers on how to use the Accused Products in an

infringing manner.



Ex. 19 at 1 (https://www.samsung.com/ae/support/mobile-devices/how-do-i-use-offline-finding-feature-of-samsung-smarttag/).

    121.    Samsung contributorily infringes the '232 Patent pursuant to 35 U.S.C. § 271(c) because it has provided material components of the claims of the '232 Patent.  In particular, Samsung knows that the Accused Products are particularly suited to be used in an infringing manner and are particularly suited for this use.

> The Offline finding feature in SmartThings Find works in conjunction with Find My Mobile to help you locate your missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it.
>
> However, you'll first need to turn on the Offline finding feature for the service or offline encryption to work.
>
> **Step 1.** Navigate to and open the **SmartThings** app, then tap the **Life** tab. Tap the **SmartThings Find** card.
>
> **Step 2.** Tap **More options** (the three vertical dots), then tap **Settings**.
>
> **Step 3.** Tap **Allow devices to be found**, then tap the **switch** next to Offline finding. This feature works with Find My Mobile to locate your device, even if it's offline.

Ex. 20 at 17 (https://www.samsung.com/au/support/apps-services/use-smartthings-find-with-the-smartthings-app/).

    122.    The Accused Products are developed and specialized to utilize BLE technology to assist in locating devices, and are not staple articles or commodities of commerce because

they are specifically made to be used in an infringing manner, as described in the direct infringement claim above.



Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

123.    Samsung has known or has been willfully blind to the fact that it is contributing to the infringement of one or more claims of the '232 Patent, including at least Claim 1.

### Information about SmartThings Find

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the SmartThings Find website! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

Id. (https://www.samsung.com/us/support/answer/ANS10002539/).

124.    Samsung's indirect infringement of the '232 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

125.    Samsung's indirect infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

126.    Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285.

## <u>COUNT V</u>
**(Direct Infringement of the '650 Patent)**

127.    Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

128.    In violation of 35 U.S.C. § 271(a) Samsung and the owners of Samsung devices directly infringed and continue to infringe the '650 Patent, including at least Claim 1 of the '650 Patent, by performing the disclosed method when using the Accused Products.

129.    Samsung's and the device owners' acts of performing the disclosed method have been without the permission, consent, authorization, or license of Nodle.

130.    Samsung's infringement includes, but is not limited to, the use of the Accused Products, which infringe the '650 Patent because they satisfy each element of claims of the '650 Patent, either literally, under the doctrine of equivalents, or both.

131.    By way of example of Samsung's infringement of the '650 Patent, the Accused Products meet all of the limitations of Claim 1 of the '650 Patent which recites:

A method, comprising:

receiving a beacon from a first intermediate device via a first network, wherein the beacon was received by the first intermediate device from an endpoint device via a second network; the beacon comprising a hash value, the hash value being generated using the identity of the endpoint device and a time unit when the beacon was generated;

validating the hash value of the beacon using the identity of the endpoint device and the time unit when the beacon was generated; and

forwarding the beacon to a server via a third network in response to the hash value of the beacon being valid; and

invalidating one or more hash values by identifying a respective time unit when the respective one or more hash values were generated.

132. The Accused Products include the recited computer program product for locating devices, as described below.



Ex. 8 at 1 (https://www.samsung.com/levant/apps/smartthings-find/).

133. The SmartThings Find Network utilizes beacons to locate devices. The intermediate, or helper, devices forward beacons that they receive to Samsung's servers via Wi-Fi or a Wireless Network.

With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

Ex. 11 at 2 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

134. The intermediate devices receive these beacons from a lost, or endpoint, device. The endpoint devices communicate these beacons via BLE or UWB.

With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

*Id.* ([https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find](https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find)).

135.    The beacons comprise a hash value, which is a way of obscuring an identity.  A hash value is generated using the unique identity of the device with a value that changes over time.  When emitting beacons, Samsung's devices change their unique identifier every fifteen minutes.

Another fundamental feature for mobile device security is the use of cryptography. Knox uses cryptography for three key functions:

- **Encryption** - the scrambling of data using a protected key to keep it confidential
- **Hashing** - the creation of a unique series of numbers to represent a particular piece of software or data; a single difference in a piece of data yields a different hash.
- **Signing** - the encryption of a hash of a piece of data using a private key to prove that the data originated from a particular party

Ex. 22 at 10 ([https://kp-cdn.samsungknox.com/816626145bbc8429d663a3ce2c1f41e7.pdf](https://kp-cdn.samsungknox.com/816626145bbc8429d663a3ce2c1f41e7.pdf)).

# Peace of Mind Through Convenience and Security

As SmartThings Find continues to benefit an increasing number of users, security and privacy remain top priorities for Samsung. To ensure sensitive information is safeguarded, SmartThings Find encrypts user data and implements further protection through Samsung Knox, the defense-grade security platform on Samsung Galaxy devices. A device's location data is only shared with other people with the user's permission, and the ID of each user's device changes every 15 minutes and is stored anonymously.

Ex. 23 at 2 (https://news.samsung.com/us/samsung-smartthings-find-expands-over-300-million-nodes-helping-locate-devices/).



**Figure 1:** An overview of Samsung OF protocol for Smart-Tags

Ex. 24 at 4 (https://arxiv.org/pdf/2210.14702).

136.    Hash values are typically represented by a series of characters and are comprised of bytes.  Bytes 1-3 comprise an aging counter, which is the timestamp of the beacon, and Bytes 4-11 are the privacy ID, which is the device's unique identifier.

Bytes 1-3 store the aging counter, a timestamp computed using the tag's time (UTC) and a hardcoded constant: $agingCounter = (tagTime - 1593648000)/900$. The aging counter is universal for all SmartTags in-sync with the server's time and updates periodically.

Bytes 4-11 store an 8-byte privacy ID, which is a unique identifier of a SmartTag. Each registered SmartTag has a set of unique privacy IDs called the privacy ID pool. This set is deterministically generated using the privacy key ($PIDK$) and the privacy ID configurations ($pidsize$, $pidseed$, $pidIV$) that the server sent to the owner during the finalization stage in the registration process (§3.1). The privacy IDs are an essential part of the OF protocol as they associate a tag with its owner's Samsung account. For each $i \in \{1, \ldots, pidsize\}$, the privacy ID $pid_i$ is generated as follows:

$$pid_i = E_{PIDK}(pidIV, input_i), \text{ where } input_i \text{ is the byte array}$$

| Byte 0 | Byte 1 | Byte 2-9 | Byte 10 | Byte 11 |
|--------|--------|----------|---------|---------|
| $x_i$  | $y_i$  | $pidseed$ | $x_i$  | $y_i$   |

*Id.* at 8 (https://arxiv.org/pdf/2210.14702).

137.    After being emitted by the endpoint device, the beacons are validated by the SmartThings Network.  The Network validates the beacons using the unique identity and the timestamp when the beacon was generated, *i.e.*, the aging counter.

**information unique for each tag** The hashed_sn is the base64 encoding of tge first 6 bytes of the hashed serial number read from the HASHED_SERIAL_NUMBER characteristic. The

*Id*. at 20 (https://arxiv.org/pdf/2210.14702).



**Figure 3:** The OF advertisement structure for SmartTags

*Id.* at 8 (https://arxiv.org/pdf/2210.14702).

138.    Once validated, the beacons are then forwarded to Samsung's servers by the helper device, *i.e.*, the third network.  The servers store the geolocation data of the beacon which is based on the estimated location received from the helper device via WiFi or a GPS service.



Ex. 25 at 4 (https://community.smartthings.com/t/samsung-the-frame-smartthings-hub-capabilities/269544/10).

139.    The servers then "invalidate" the currently stored hash values so that the latest geolocation of the device can be updated and re-stored.  A tag is marked as expired if it has not appeared in the BLE scanning for 15 minutes and will be removed from the database.

A tag rotates its advertisement data periodically. A tag in any non-overmature lost mode updates its privacy ID, aging counter (incremented by 1), and signature every 15 minutes. Under the overmature lost mode, a tag updates the aging counter and signature every 15 minutes. However, the frequency for shuffling the privacy ID reduces from once every 15 minutes to once every 24 hours.

**Location reporting**   A helper device regularly scans for BLE advertisement data from nearby SmartTags. It filters BLE advertisements based on the advertising UUID for Smart-Tags (FD5A). The helper device stores the privacy IDs of lost devices in a local database that can store up to 1000 entries. Note that these privacy IDs do not necessarily represent distinct devices, as a tag can generate multiple privacy IDs and the (honest) helper device does not have the privacy key (*PIDK*) needed to link these IDs. A privacy ID of a tag is marked as expired if it has not appeared in the BLE scanning for 15 minutes and will be removed from the database. Moreover, the helper device only reports locations of SmartTags in lost or overmature lost mode.

Ex. 24 at 8 (https://arxiv.org/pdf/2210.14702).

140.     Thus, the Accused Products satisfy all elements of at least Claim 1 of the '650 Patent.

141.     Samsung's infringement of the '650 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

142.     Samsung's infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

143.     Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285 for Samsung's direct infringement of the '650 Patent.

## COUNT VI
### (Indirect Infringement of the '650 Patent)

144.     Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

145.    As set forth above, Samsung has had knowledge of Nodle's patents and of its infringement of the '650 Patent since at least the date of this Complaint, if not earlier.

146.    As set forth above, the performance of the disclosed method by the Accused Products directly infringes the '650 Patent.  Additionally, Samsung has actively, knowingly, and intentionally induced and continues to induce infringement of one or more Claims of the '650 Patent pursuant to 35 U.S.C. § 271(b); and has contributorily infringed and continues to contributorily infringe one or more claims of the '650 Patent under 35 U.S.C. § 271(c).

147.    Samsung indirectly infringes the '650 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, shoppers, users, developers, vendors, and manufacturers to meet the elements of at least Claim 1 of the '650 Patent.  Such use is consistent with how the Accused Products are described to directly infringe the '650 Patent and how they are intended to be used, as described above and incorporated by reference here.

148.    Samsung knew or was willfully blind to the fact that it is inducing others, including customers, purchasers, shoppers, users, and developers, to infringe the '650 Patent, including at least Claim 1.

149.    Samsung knowingly and actively aided and abetted the direct infringement of the '650 Patent by instructing and encouraging its customers, purchasers, shoppers, users, developers, vendors, and/or manufacturers to use the Accused Products and thereby perform the steps of the disclosed method.  Such instructions and encouragement include, but is not limited to, advising third parties to use the Accused Products through which third parties may infringe the '650 Patent, and by advertising and promoting the use of the Accused Products,

and distributing guidelines and instructions to third parties on how to use the Accused Products in an infringing manner.



### Use SmartThings Find with the SmartThings app

With all the devices we own these days, it's easy to accidentally misplace one or two. Luckily, SmartThings Find in the SmartThings app will help you locate your precious devices, like your phone, tablet, earbuds, and watch. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy users so a friend can locate a device for you, or turn on the Offline finding feature. If you need additional tracking options, you can use the Samsung SmartTag as well.

Ex. 13 at 1 (https://www.samsung.com/us/support/answer/ANS10004549/).

SmartThings Find uses minimal battery for operations and ensures that user data remains encrypted and secure and the location of the device is revealed only to the owner.

Join SmartThings Find community to keep track of your Galaxy devices and help build a stronger global community.

Download SmartThings on your smartphone from Google Play Store:
https://play.google.com/store/apps/details?id=com.samsung.android.oneconnect&hl=en_IN&gl=US

Ex. 11 at 2 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

### Checking a product's location

You can remotely check your product's location from the SmartThings app on your mobile device and find its location by triggering a notification sound on the product.

1  Open the **SmartThings** app on your mobile device.

2  Tap **Devices**, tap your product card, and then tap **View map**. Alternatively, tap **Life → Find**.
   The current location of the product will be displayed on the map.

   - The location of the product is based on GPS and Wi-Fi positioning results of the mobile device connected to the product or the nearby Samsung mobile device, which may have some problems because of things like the surrounding environment or GPS failure.
   - If the current location of the product does not appear, the product's battery has been discharged or there is no Samsung mobile devices nearby to help locate the product. To receive notifications when your product's location information is updated, turn on the related feature. Refer to Notify me when it's found for more information.
   - When the product's status is **Connected**, you can trigger a notification sound or adjust the volume of the product.
   - The product's usage time may vary depending on the user's environment and the usage pattern.
   - The Ultra-Wideband (UWB) feature may not be available depending on the region.

Ex. 17 at 5
(https://downloadcenter.samsung.com/content/UM/202311/20231107134122000/EI-T5600_UM_GLOBAL_TYPE_Rev.1.2_231107.pdf.).

150.    Further examples of this instruction and enforcement include, for example, training by Samsung either in-person or by instructional videos and material, for how to utilize Samsung's SmartThings Find system to locate devices.



https://www.youtube.com/watch?v=OiTBjXCloPU

151.    Samsung updates and maintains help and customer service sections on its website which cover in depth aspects of operating the Accused Products in an infringing manner.



Ex. 18 at 1 (https://www.samsung.com/us/support/smart-home/smartthings/).

**Using SmartThings Find**

To view or control devices in SmartThings Find, you simply select the service under the Life tab and, on the Map, tap the device you would like to find. You can also select the **List Button** to show a full list of devices added to the service.

You can select the refresh button under a device's name to attempt a refresh of the device's information and location.

After choosing a device, you may see the following options depending on what kind of device you have.

- **Navigate** - Select this to open map navigation to the current location or last known location of that device

- **Search Nearby** - This will run a Bluetooth search for a device that's near, helping you locate it once you are close

  - Once connected to the device, a progress bar will show how strong the signal is, indicating how close you are to the device

  - A **Ring Button** may also show once connected allowing you to cause the device to ring

- **Location History (For SmartTag)** - Shows the location history for that device over the last 7 days

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

152.     Further, Samsung advertises on its website the infringing features of the Accused Products and instructs consumers on how to use the Accused Products in an infringing manner.



4   If you have compatible paired devices, such as a Samsung smart watch, you can turn on Offline finding for them as well by tapping their **switches**.

5   Tap **Back**, and then tap **Encrypt offline location**.

6   Tap the **switch** next to your device's name. This will encrypt your device's location so only you will be able to find your device.

7   Next, enter a six digit PIN. This PIN will be used to decrypt your device's offline location. Tap **Continue**, and then enter the PIN again to confirm. Tap **OK**.

8   To encrypt additional devices after setting your PIN, tap the **switches** next to your preferred devices that appear.

9   If you ever need to change your PIN, tap **Reset PIN**, and follow the on-screen instructions.

Ex. 13 at 5. (https://www.samsung.com/us/support/answer/ANS10004549/).

153.     Samsung contributorily infringes the '650 Patent pursuant to 35 U.S.C. § 271(c) because it has provided material components of the claims of the '650 Patent.  In particular, Samsung knows that the Accused Products are particularly suited to be used in an infringing manner and are particularly suited for this use.

---

ⓘ **NOTE**

Bluetooth devices connected to a non-Samsung or iOS phone will not be displayed in the SmartThings clients.

---

Ex. 14 at 1 (https://developer.smartthings.com/docs/devices/mobile-connected/get-started).

The Offline finding feature in SmartThings Find works in conjunction with Find My Mobile to help you locate your missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it.

However, you'll first need to turn on the Offline finding feature for the service or offline encryption to work.

**Step 1.** Navigate to and open the **SmartThings** app, then tap the **Life** tab. Tap the **SmartThings Find** card.

**Step 2.** Tap **More options** (the three vertical dots), then tap **Settings**.

**Step 3.** Tap **Allow devices to be found**, then tap the **switch** next to Offline finding. This feature works with Find My Mobile to locate your device, even if it's offline.

Ex. 20 at 17 (https://www.samsung.com/au/support/apps-services/use-smartthings-find-with-the-smartthings-app/).

154.     The Accused Products are developed and specialized to utilize BLE technology to assist in locating devices, and to do so securely, and are not staple articles or commodities of commerce because they are specifically made to be used in an infringing manner, as described in the direct infringement claim above.

---

# Use SmartThings find to track, lock, or erase your devices

Losing your phone, tablet, or wearable device can be extremely stressful and upsetting. Luckily, most Galaxy devices come with SmartThings Find built-in which will let you remotely locate or lock a device if the need ever arises. Make sure to set up all of the important requirements in SmartThings Find now, in case you ever do lose or misplace your device.

 

---

Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

155.    Samsung has known or has been willfully blind to the fact that it is contributing to the infringement of one or more claims of the '650 Patent, including at least Claim 1.



**Information about SmartThings Find** ⌃

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the **SmartThings Find website**! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

*Id.* (https://www.samsung.com/us/support/answer/ANS10002539/).

156.    Samsung's indirect infringement of the '650 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

157.    Samsung's indirect infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

158.    Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285.

**COUNT VII**
**(Direct Infringement of the '837 Patent)**

159.    Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

160.    In violation of 35 U.S.C. § 271(a) Samsung directly infringed and continues to infringe the '837 Patent, including at least Claim 1 of the '837 Patent, by making, using, importing, selling, and offering for sale in the United States the Accused Products.

161.    Samsung's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Nodle.

162.    Samsung's infringement includes, but is not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Products, which infringe the '837 Patent because they satisfy each element of claims of the '837 Patent, either literally, under the doctrine of equivalents, or both.

163.    By way of example of Samsung's infringement of the '837 Patent, the Accused Products meet all of the limitations of Claim 1 of the '837 Patent which recites:

A system, comprising:

a memory to store a set of instructions; and

one or more hardware processors coupled to the memory, the one or more hardware processors being configured to execute the set of instructions to cause the system to perform operations comprising:

receive, from an endpoint device, a beacon including a request to register a service that is supported by the endpoint device, the beacon including data from a plurality of services that are run by the endpoint device within a decentralized network, the beacon including a time-based precomputed hash value;

identify, in view of the service identified in the request, a service provider of interest that is capable of providing the service;

receive, from the endpoint device, a service connection request to initiate data flow to provide the service;

validate the beacon of the endpoint device by determining that the time-based precomputed hash value included with the beacon has not been invalidated; and

responsive to validating the beacon of the endpoint device, establish a service connection within the decentralized network between the endpoint device and a particular device associated with the service to provide the service.

164.    The Accused Products include the recited computer program product for locating devices, as described below.



Ex. 8 at 1 (https://www.samsung.com/levant/apps/smartthings-find/).

165.    The Accused Products contain a processor and memory, such that they are capable of executing operations to perform the recited computer program.



Ex. 21 at 6-7 (https://www.samsung.com/levant/smartphones/galaxy-s25/compare/).

166.    The Accused Products are capable of registering a service that is supported by the endpoint device that includes using a beacon identifier for the device.  In order to utilize the

SmartThings Find Network, a device must first be registered.  The registration process creates a unique ID for the device so that it can be recognized by the network.

# SmartThings Find

3 years ago · Updated

SmartThings Find in the SmartThings app helps you locate your lost Samsung devices like phones, tablets, earbuds, watches, and more. Once a device is registered in SmartThings Find, Offline Finding leverages millions of Samsung community members to help find the last known location of your supported Galaxy device by anonymously detecting your missing devices via Bluetooth.

You can also share your devices in SmartThings Find with members of the SmartThings location to allow them to access device finding.

**Note:** SmartThings Find is only supported on Android devices.

Ex. 7 at 1 ([https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find](https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find)).

167.    The registration process utilizes BLE technology and is therefore performed through a decentralized network.

> The interaction between the owner device and the tag is done through BLE using BLE advertisement and a GATT profile. A SmartTag uses two UUIDs to advertise its presence

Ex. 24 at 5 ([https://arxiv.org/pdf/2210.14702](https://arxiv.org/pdf/2210.14702)).

168.    The Accused Products are capable of identifying a service provider that can provide the service.  To register itself, a device, the endpoint device, emits a beacon, which is received by the SmartThings Cloud.  The beacon includes a request to register the device.  It also includes metadata about the device's capabilities and services.

**Figure 1:** An overview of Samsung OF protocol for Smart-Tags

*Id.* at 4 (https://arxiv.org/pdf/2210.14702).

## 3.1    SmartTag registration

The SmartTag registration protocol requires interacting with an unregistered tag and the vendor server. For the latter, there are actually multiple servers involved, providing services such as user authentication, application related services such as remote attestation, and services related to storing and retrieving location reports. For simplicity, we shall refer to these servers collectively as the vendor server (or simply "the server") in the following discussion.

*Id.* at 5 (https://arxiv.org/pdf/2210.14702).

169.    The Accused Products are capable of receiving a service connection request to initiate data flow from the endpoint device to provide the service.  The beacon also includes a time-based precomputed hash value.  This is used during registration to create a unique

identifier for the device, so that the device can later effectively utilize the SmartThings Find system.



**Figure 3:** The OF advertisement structure for SmartTags

*Id.* at 8 (https://arxiv.org/pdf/2210.14702).

> Bytes 4-11 store an 8-byte privacy ID, which is a unique identifier of a SmartTag. Each registered SmartTag has a set of unique privacy IDs called the privacy ID pool. This set is deterministically generated using the privacy key (*PIDK*) and the privacy ID configurations (*pidsize*, *pidseed*, *pidIV*) that the server sent to the owner during the finalization stage in the registration process (§3.1). The privacy IDs are an essential part of the OF protocol as they associate a tag with its owner's Samsung account. For each $i \in \{1, \ldots, pidsize\}$, the privacy ID $pid_i$ is generated as follows:
>
> $pid_i = E_{PIDK}(pidIV, input_i)$, where $input_i$ is the byte array

| Byte 0 | Byte 1 | Byte 2-9 | Byte 10 | Byte 11 |
|--------|--------|----------|---------|---------|
| $x_i$ | $y_i$ | *pidseed* | $x_i$ | $y_i$ |

*Id.* (https://arxiv.org/pdf/2210.14702).

> **Step 1.** The owner device obtains the necessary registration data from the tag, through the tag's advertisement payload and Onboarding Service. Among this registration data is a hashed serial number (`hashed_sn`) unique to the tag, which corresponds to the SHA256 digest of the BLE identity address of the tag.

*Id.* at 6 (https://arxiv.org/pdf/2210.14702).

170.    Once the SmartThings Cloud and servers receive the request, the servers

identifies that the device would like to be connected to the SmartThings Find Network (*i.e.*, the

service provider capable of providing the service).

> **Step 2.** The owner device generates a 32-byte random value $x$, and sends $x$ along with the registration data obtained from Step 1 to the server.
>
> **Step 3 & 4.** After receiving the request, the server looks up the public key of the tag $A_{pub}$ associated with the hashed_sn. The server then generates an ephemeral private-public key pair $(b, B_{pub})$, and computes the ECDH shared key $B_{key} = bA$. Finally, the shared key is concatenated with the random number $x$ to form the input for the SHA-256 hash function to produce the shared secret: $B_{secret} = SHA256(B_{key}|x)$. The server then sends $B_{pub}$ and $B_{secret}$ to the owner device.

*Id.* (https://arxiv.org/pdf/2210.14702).

171.    The Accused Products are capable of validating the beacon that identifies the

device.  Once the server has created an ID for and established a connection to the device, the

owner of the device sends another request, confirming possession of the tag (*i.e.*, the request to

initiate data flow).

> **Stage 3: confirming physical possession of the tag.**    After the owner and the tag have successfully established an authenticated BLE connection and derived the session key $gk_o$, the next step is to establish the physical presence of the tag. In a normal registration flow, the SmartThings app will ask the user to press the tag button to ensure physical possession of the tag. Pressing the tag button sets the value of the CONFIRM_STATUS characteristic on the tag to 0x01 (encrypted using $gk_o$ with IV set to $n_T$) from the default value 0x00.
>
> $$T \rightarrow O \; : \; E_{gk_o}(n_T, 0x01)$$
>
> The owner's device would only continue the registration flow after validating the value of this characteristic.

*Id.* at 7 (https://arxiv.org/pdf/2210.14702).

172.    The Accused Products are capable of responding to whether the beacon is

validated and establishing service connection between the device and service provider within

the network.  When confirming possession, the device is cross-checked (*i.e.*, validated) by the SmartThings Cloud to ensure that the device is not registered to another account.  The SmartThings Cloud uses the unique information contained within the beacon to do this.

> **Stage 4: tag ownership status check**  This stage checks the ownership status of the tag to ensure that it is not currently registered to another user. This is done via a simple request to the server, containing the serial number *sn* of the tag. If the server indicates that the tag has already been registered to another account, the registration process will abort.

*Id.* (https://arxiv.org/pdf/2210.14702).

173.    If the cross-checking fails (*i.e.*, the beacon is invalidated), the registration process terminates.  If the beacon is validated, the registration process continues and a service connection is initiated.

> **Stage 4: tag ownership status check**  This stage checks the ownership status of the tag to ensure that it is not currently registered to another user. This is done via a simple request to the server, containing the serial number *sn* of the tag. If the server indicates that the tag has already been registered to another account, the registration process will abort.

*Id.* (https://arxiv.org/pdf/2210.14702).

> In Step 4, the owner device sends the current time information (in UTC) to the tag so the tag can synchronize its time with the owner. Finally, the owner sends an encrypted message (`"Finish"`) to indicate the end of the registration process and disconnect from the tag in Step 5.

*Id.* (https://arxiv.org/pdf/2210.14702).

## COUNT VIII
### (Indirect Infringement of the '837 Patent)

174.    Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

175.    As set forth above, Samsung has had knowledge of Nodle's patents and of its infringement of the '837 Patent since at least the date of this Complaint, if not earlier.

176.    As set forth above, the Accused Products directly infringe the '837 Patent. Additionally, Samsung has actively, knowingly, and intentionally induced and continues to induce infringement of one or more Claims of the '837 Patent pursuant to 35 U.S.C. § 271(b); and has contributorily infringed and continues to contributorily infringe one or more claims of the '837 Patent under 35 U.S.C. § 271(c).

177.    Samsung indirectly infringes the '837 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, shoppers, users, developers, vendors, and manufacturers to meet the elements of at least Claim 1 of the '837 Patent.  Such use is consistent with how the Accused Products are described to directly infringe the '837 Patent and how they are intended to be used, as described above and incorporated by reference here.

178.    Samsung knew or was willfully blind to the fact that it is inducing others, including customers, purchasers, shoppers, users, and developers, to infringe the '837 Patent, including at least Claim 1.

179.    Samsung knowingly and actively aided and abetted the direct infringement of the '837 Patent by instructing and encouraging its customers, purchasers, shoppers, users, developers, vendors, and/or manufacturers to use the Accused Products and thereby perform the steps of the disclosed method.  Such instructions and encouragement include, but is not

limited to, advising third parties to use the Accused Products through which third parties may infringe the '837 Patent, and by advertising and promoting the use of the Accused Products, and distributing guidelines and instructions to third parties on how to use the Accused Products in an infringing manner.

## Use SmartThings Find with the SmartThings app



With all the devices we own these days, it's easy to accidentally misplace one or two. Luckily, SmartThings Find in the SmartThings app will help you locate your precious devices, like your phone, tablet, earbuds, and watch. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy users so a friend can locate a device for you, or turn on the Offline finding feature. If you need additional tracking options, you can use the Samsung SmartTag as well.

Ex. 13 at 1 (https://www.samsung.com/us/support/answer/ANS10004549/).

SmartThings Find uses minimal battery for operations and ensures that user data remains encrypted and secure and the location of the device is revealed only to the owner.

Join SmartThings Find community to keep track of your Galaxy devices and help build a stronger global community.

Download SmartThings on your smartphone from Google Play Store:
https://play.google.com/store/apps/details?id=com.samsung.android.oneconnect&hl=en_IN&gl=US

Ex. 11 at 2 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

## Checking a product's location

You can remotely check your product's location from the SmartThings app on your mobile device and find its location by triggering a notification sound on the product.

1  Open the **SmartThings** app on your mobile device.
2  Tap **Devices**, tap your product card, and then tap **View map**. Alternatively, tap **Life → Find**.
   The current location of the product will be displayed on the map.

 • The location of the product is based on GPS and Wi-Fi positioning results of the mobile device connected to the product or the nearby Samsung mobile device, which may have some problems because of things like the surrounding environment or GPS failure.

• If the current location of the product does not appear, the product's battery has been discharged or there is no Samsung mobile devices nearby to help locate the product. To receive notifications when your product's location information is updated, turn on the related feature. Refer to Notify me when it's found for more information.

• When the product's status is **Connected**, you can trigger a notification sound or adjust the volume of the product.

• The product's usage time may vary depending on the user's environment and the usage pattern.

• The Ultra-Wideband (UWB) feature may not be available depending on the region.

68

Ex. 17 at 5
(https://downloadcenter.samsung.com/content/UM/202311/20231107134122000/EI-T5600_UM_GLOBAL_TYPE_Rev.1.2_231107.pdf.).

180.    Further examples of this instruction and enforcement include, for example, training by Samsung either in-person or by instructional videos and material, for how to utilize Samsung's SmartThings Find system to locate devices.



https://www.youtube.com/watch?v=OiTBjXCloPU

181.    Samsung updates and maintains help and customer service sections on its website which cover in depth aspects of operating the Accused Products in an infringing manner.





Ex. 18 at 1 (https://www.samsung.com/us/support/smart-home/smartthings/).

## Using SmartThings Find

To view or control devices in SmartThings Find, you simply select the service under the Life tab and, on the Map, tap the device you would like to find. You can also select the **List Button** to show a full list of devices added to the service.

You can select the refresh button under a device's name to attempt a refresh of the device's information and location.

After choosing a device, you may see the following options depending on what kind of device you have.

- **Navigate** - Select this to open map navigation to the current location or last known location of that device

- **Search Nearby** - This will run a Bluetooth search for a device that's near, helping you locate it once you are close

    - Once connected to the device, a progress bar will show how strong the signal is, indicating how close you are to the device

    - A **Ring Button** may also show once connected allowing you to cause the device to ring

- **Location History (For SmartTag)** - Shows the location history for that device over the last 7 days

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

182.    Further, Samsung advertises on its website the infringing features of the Accused Products and instructs consumers on how to use the Accused Products in an infringing manner.



Ex. 13 at 5. (https://www.samsung.com/us/support/answer/ANS10004549/).

183.    Samsung contributorily infringes the '837 Patent pursuant to 35 U.S.C. § 271(c) because it has provided material components of the claims of the '837 Patent.  In particular, Samsung knows that the Accused Products are particularly suited to be used in an infringing manner and are particularly suited for this use.

The Offline finding feature in SmartThings Find works in conjunction with Find My Mobile to help you locate your missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it.

However, you'll first need to turn on the Offline finding feature for the service or offline encryption to work.

**Step 1.** Navigate to and open the **SmartThings** app, then tap the **Life** tab. Tap the **SmartThings Find** card.

**Step 2.** Tap **More options** (the three vertical dots), then tap **Settings**.

**Step 3.** Tap **Allow devices to be found**, then tap the **switch** next to Offline finding. This feature works with Find My Mobile to locate your device, even if it's offline.

Ex. 20 at 17 (https://www.samsung.com/au/support/apps-services/use-smartthings-find-with-the-smartthings-app/).

184.    The Accused Products are developed and specialized to utilize BLE technology to assist in locating devices, and to do so securely, and are not staple articles or commodities of commerce because they are specifically made to be used in an infringing manner, as described in the direct infringement claim above.

## Use SmartThings find to track, lock, or erase your devices

Losing your phone, tablet, or wearable device can be extremely stressful and upsetting. Luckily, most Galaxy devices come with SmartThings Find built-in which will let you remotely locate or lock a device if the need ever arises. Make sure to set up all of the important requirements in SmartThings Find now, in case you ever lose or misplace your device.





Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

185.    Samsung has known or has been willfully blind to the fact that it is contributing to the infringement of one or more claims of the '837 Patent, including at least Claim 1.

## Information about SmartThings Find ⌃

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the SmartThings Find website! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

*Id*. (https://www.samsung.com/us/support/answer/ANS10002539/).

186.    Samsung's indirect infringement of the '837 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

187.    Samsung's indirect infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

188.    Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285.

## COUNT IX
### (Direct Infringement of the '838 Patent)

189.    Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

190.    In violation of 35 U.S.C. § 271(a) Samsung directly infringed and continues to infringe the '838 Patent, including at least Claim 1 of the '838 Patent by making, using, importing, selling, and offering for sale in the United States the Accused Products.

191.    Samsung's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Nodle.

192.    Samsung's infringement includes, but is not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Products, which infringe the '838 Patent because they satisfy each element of claims of the '838 Patent, either literally, under the doctrine of equivalents, or both.

193.    By way of example of Samsung's infringement of the '838 Patent, the Accused Products meet all of the limitations of Claim 1 of the '838 Patent which recites:

A system, comprising:

a memory; and

one or more processors operatively coupled to the memory, the one or more processors being configured to execute operations to cause the system to perform operations comprising:

receive a beacon from a first intermediate device via a first network, wherein the beacon was received by the first intermediate device from an endpoint device via a second network; the beacon comprising a hash value, the hash value being generated using an identity of the endpoint device and a time unit when the beacon was generated;

validate the hash value of the beacon using the identity of the endpoint device and the time unit when the beacon was generated;

forward the beacon to a server via a third network in response to the hash value of the beacon being valid; and

invalidate one or more hash values of the beacon that have time unit values whose difference from a current time is greater than a predetermined threshold value.

194.    The Accused Products include the recited computer program product for locating devices, as described below.



Ex. 8 at 1 (https://www.samsung.com/levant/apps/smartthings-find/).

195.    The Accused Products contain a processor and memory, such that they are capable of executing operations to perform the recited computer program.



Ex. 21 at 5-7 (https://www.samsung.com/levant/smartphones/galaxy-s25/compare/).

196.    The Accused Products are capable of receiving a beacon that identifies an endpoint device.  The SmartThings Find Network utilizes beacons to locate devices.  The intermediate, or helper, devices forward beacons that they receive to Samsung's servers via Wi-Fi or a Wireless Network.

With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

Ex. 11 at 2 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

197.    The intermediate devices receive these beacons from a lost, or endpoint, device. The endpoint devices communicate these beacons via BLE or UWB.

With the SmartThings Find service, you can easily locate your missing device even when it is offline. SmartThings users can now opt to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a beacon signal that can be read securely only by other SmartThings Find mobiles and helper devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you.

*Id.* (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

198.    The beacons comprise a hash value, which is a way of obscuring an identity. A hash value is generated using the unique identity of the device with a value that changes over time.  When emitting beacons, Samsung's devices change their unique identifier every fifteen minutes.

Another fundamental feature for mobile device security is the use of cryptography. Knox uses cryptography for three key functions:

- **Encryption** - the scrambling of data using a protected key to keep it confidential
- **Hashing** - the creation of a unique series of numbers to represent a particular piece of software or data; a single difference in a piece of data yields a different hash.
- **Signing** - the encryption of a hash of a piece of data using a private key to prove that the data originated from a particular party

Ex. 22 at 10 (https://kp-cdn.samsungknox.com/816626145bbc8429d663a3ce2c1f41e7.pdf).

# Peace of Mind Through Convenience and Security

As SmartThings Find continues to benefit an increasing number of users, security and privacy remain top priorities for Samsung. To ensure sensitive information is safeguarded, SmartThings Find encrypts user data and implements further protection through Samsung Knox, the defense-grade security platform on Samsung Galaxy devices. A device's location data is only shared with other people with the user's permission, and the ID of each user's device changes every 15 minutes and is stored anonymously.

Ex. 23 at 2 (https://news.samsung.com/us/samsung-smartthings-find-expands-over-300-million-nodes-helping-locate-devices/).

199.    Hash values are typically represented by a series of characters and are comprised of bytes.  Bytes 1-3 comprise an aging counter, which is the timestamp of the beacon, and Bytes 4-11 are the privacy ID, which is the device's unique identifier.

Bytes 1-3 store the aging counter, a timestamp computed using the tag's time (UTC) and a hardcoded constant: $agingCounter = (tagTime - 1593648000)/900$. The aging counter is universal for all SmartTags in-sync with the server's time and updates periodically.

Bytes 4-11 store an 8-byte privacy ID, which is a unique identifier of a SmartTag. Each registered SmartTag has a set of unique privacy IDs called the privacy ID pool. This set is deterministically generated using the privacy key (*PIDK*) and the privacy ID configurations (*pidsize*, *pidseed*, *pidIV*) that the server sent to the owner during the finalization stage in the registration process (§3.1). The privacy IDs are an essential part of the OF protocol as they associate a tag with its owner's Samsung account. For each $i \in \{1, \ldots, pidsize\}$, the privacy ID $pid_i$ is generated as follows:

$$pid_i = E_{PIDK}(pidIV, input_i), \text{ where } input_i \text{ is the byte array}$$

| Byte 0 | Byte 1 | Byte 2-9 | Byte 10 | Byte 11 |
|--------|--------|----------|---------|---------|
| $x_i$ | $y_i$ | *pidseed* | $x_i$ | $y_i$ |

Ex. 24 at 8 (https://arxiv.org/pdf/2210.14702).

200.    The Accused Products are capable of validating the beacon.  After being emitted by the endpoint device, the beacons are validated by the SmartThings Network.  The Network validates the beacons using the unique identity and the timestamp when the beacon was generated, *i.e.*, the aging counter.

**information unique for each tag**  The hashed_sn is the base64 encoding of tge first 6 bytes of the hashed serial number read from the HASHED_SERIAL_NUMBER characteristic. The

*Id.* at 20 (https://arxiv.org/pdf/2210.14702).



**Figure 3:** The OF advertisement structure for SmartTags

*Id.* at 8 (https://arxiv.org/pdf/2210.14702).

201.    The Accused Products are capable of forwarding the beacon to a server in response to the beacon being validated.  Once validated, the beacons are then forwarded to

Samsung's servers by the helper device, *i.e.*, the third network. The servers store the geolocation data of the beacon which is based on the estimated location received from the helper device via WiFi or a GPS Service.



Ex. 25 at 4 (https://community.smartthings.com/t/samsung-the-frame-smartthings-hub-capabilities/269544/10).

202. The Accused Products are capable of invalidating the beacon. The servers then "invalidate" the currently stored hash values so that the latest geolocation of the device can be updated and re-stored. A tag is marked as expired if it has not appeared in the BLE scanning for 15 minutes and will be removed from the database.

A tag rotates its advertisement data periodically. A tag in any non-overmature lost mode updates its privacy ID, aging counter (incremented by 1), and signature every 15 minutes. Under the overmature lost mode, a tag updates the aging counter and signature every 15 minutes. However, the frequency for shuffling the privacy ID reduces from once every 15 minutes to once every 24 hours.

**Location reporting**  A helper device regularly scans for BLE advertisement data from nearby SmartTags. It filters BLE advertisements based on the advertising UUID for Smart-Tags (FD5A). The helper device stores the privacy IDs of lost devices in a local database that can store up to 1000 entries. Note that these privacy IDs do not necessarily represent distinct devices, as a tag can generate multiple privacy IDs and the (honest) helper device does not have the privacy key (*PIDK*) needed to link these IDs. A privacy ID of a tag is marked as expired if it has not appeared in the BLE scanning for 15 minutes and will be removed from the database. Moreover, the helper device only reports locations of SmartTags in lost or overmature lost mode.

Ex. 24 at 8 (https://arxiv.org/pdf/2210.14702).

203. Thus, the Accused Products satisfy all elements of at least Claim 1, of the '838 Patent.

204. Samsung's infringement of the '838 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

205. Samsung's infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

206. Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285 for Samsung's direct infringement of the '838 Patent.

**COUNT X**
**(Indirect Infringement of the '838 Patent)**

207. Nodle repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

208. As set forth above, Samsung has had knowledge of Nodle's patents and of its infringement of the '838 Patent since at least the date of this Complaint, if not earlier.

209. As set forth above, the Accused Products directly infringe the '838 Patent. Additionally, Samsung has actively, knowingly, and intentionally induced and continues to induce infringement of one or more Claims of the '838 Patent pursuant to 35 U.S.C. § 271(b); and has contributorily infringed and continues to contributorily infringe one or more claims of the '838 Patent under 35 U.S.C. § 271(c).

210. Samsung indirectly infringes the '838 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, shoppers, users, developers, vendors, and manufacturers to meet the elements of at least Claim 1 of the

'838 Patent.  Such use is consistent with how the Accused Products are described to directly infringe the '838 Patent and how they are intended to be used, as described above and incorporated by reference here.

211.    Samsung knew or was willfully blind to the fact that it is inducing others, including customers, purchasers, shoppers, users, and developers to infringe the '838 Patent, including at least Claim 1.

212.    Samsung knowingly and actively aided and abetted the direct infringement of the '838 Patent by instructing and encouraging its customers, purchasers, shoppers, users, developers, vendors, and/or manufacturers to use the Accused Products and thereby perform the steps of the disclosed method.  Such instructions and encouragement include, but is not limited to, advising third parties to use the Accused Products through which third parties may infringe the '838 Patent, and by advertising and promoting the use of the Accused Products, and distributing guidelines and instructions to third parties on how to use the Accused Products in an infringing manner.

### Use SmartThings Find with the SmartThings app

With all the devices we own these days, it's easy to accidentally misplace one or two. Luckily, SmartThings Find in the SmartThings app will help you locate your precious devices, like your phone, tablet, earbuds, and watch. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy users so a friend can locate a device for you, or turn on the Offline finding feature. If you need additional tracking options, you can use the Samsung SmartTag as well.



Ex. 13 at 1 (https://www.samsung.com/us/support/answer/ANS10004549/).

SmartThings Find uses minimal battery for operations and ensures that user data remains encrypted and secure and the location of the device is revealed only to the owner.

Join SmartThings Find community to keep track of your Galaxy devices and help build a stronger global community.

Download SmartThings on your smartphone from Google Play Store:
https://play.google.com/store/apps/details?id=com.samsung.android.oneconnect&hl=en_IN&gl=US

Ex. 11 at 2 (https://news.samsung.com/in/find-your-missing-galaxy-devices-with-smartthings-find).

### Checking a product's location

You can remotely check your product's location from the SmartThings app on your mobile device and find its location by triggering a notification sound on the product.

1  Open the **SmartThings** app on your mobile device.

2  Tap **Devices**, tap your product card, and then tap **View map**. Alternatively, tap **Life → Find**.
   The current location of the product will be displayed on the map.

☑  • The location of the product is based on GPS and Wi-Fi positioning results of the mobile device connected to the product or the nearby Samsung mobile device, which may have some problems because of things like the surrounding environment or GPS failure.

   • If the current location of the product does not appear, the product's battery has been discharged or there is no Samsung mobile devices nearby to help locate the product. To receive notifications when your product's location information is updated, turn on the related feature. Refer to Notify me when it's found for more information.

   • When the product's status is **Connected**, you can trigger a notification sound or adjust the volume of the product.

   • The product's usage time may vary depending on the user's environment and the usage pattern.

   • The Ultra-Wideband (UWB) feature may not be available depending on the region.

Ex. 17 at 5 (https://downloadcenter.samsung.com/content/UM/202311/20231107134122000/EI-T5600_UM_GLOBAL_TYPE_Rev.1.2_231107.pdf.).

213.    Further examples of this instruction and enforcement include, for example, training by Samsung either in-person or by instructional videos and material, for how to utilize Samsung's SmartThings Find system to locate devices.



https://www.youtube.com/watch?v=OiTBjXCloPU

214.    Samsung updates and maintains help and customer service sections on its website which cover in depth aspects of operating the Accused Products in an infringing manner.



Ex. 18 at 1 (https://www.samsung.com/us/support/smart-home/smartthings/).

## Using SmartThings Find

To view or control devices in SmartThings Find, you simply select the service under the Life tab and, on the Map, tap the device you would like to find. You can also select the **List Button** to show a full list of devices added to the service.

You can select the refresh button under a device's name to attempt a refresh of the device's information and location.

After choosing a device, you may see the following options depending on what kind of device you have.

- **Navigate** - Select this to open map navigation to the current location or last known location of that device

- **Search Nearby** - This will run a Bluetooth search for a device that's near, helping you locate it once you are close

  - Once connected to the device, a progress bar will show how strong the signal is, indicating how close you are to the device

  - A **Ring Button** may also show once connected allowing you to cause the device to ring

- **Location History (For SmartTag)** - Shows the location history for that device over the last 7 days

Ex. 7 at 1 (https://support.smartthings.com/hc/en-us/articles/10863369660052-SmartThings-Find).

215.    Further, Samsung advertises on its website the infringing features of the Accused Products and instructs consumers on how to use the Accused Products in an infringing manner.

**4**   If you have compatible paired devices, such as a Samsung smart watch, you can turn on Offline finding for them as well by tapping their **switches**.

**5**   Tap **Back**, and then tap **Encrypt offline location**.

**6**   Tap the **switch** next to your device's name. This will encrypt your device's location so only you will be able to find your device.



**7**   Next, enter a six digit PIN. This PIN will be used to decrypt your device's offline location. Tap **Continue**, and then enter the PIN again to confirm. Tap **OK**.

**8**   To encrypt additional devices after setting your PIN, tap the **switches** next to your preferred devices that appear.

**9**   If you ever need to change your PIN, tap **Reset PIN**, and follow the on-screen instructions.

Ex. 13 at 5. (https://www.samsung.com/us/support/answer/ANS10004549/).

216.    Samsung contributorily infringes the '838 Patent pursuant to 35 U.S.C. § 271(c) because it has provided material components of the claims of the '838 Patent.  In particular, Samsung knows that the Accused Products are particularly suited to be used in an infringing manner and are particularly suited for this use.

> ⓘ NOTE
>
> Bluetooth devices connected to a non-Samsung or iOS phone will not be displayed in the SmartThings clients.

Ex. 14 at 1 (https://developer.smartthings.com/docs/devices/mobile-connected/get-started).

The Offline finding feature in SmartThings Find works in conjunction with Find My Mobile to help you locate your missing device, even when it's turned off or not online. Once your device has been offline for 30 minutes, it will produce a signal that can be received by other devices. A nearby Galaxy device user can then assist you with finding your lost device by sending that information to Samsung's server. On the other hand, the feature also allows you to encrypt your device's offline location so only you can access it.

However, you'll first need to turn on the Offline finding feature for the service or offline encryption to work.

**Step 1.** Navigate to and open the **SmartThings** app, then tap the **Life** tab. Tap the **SmartThings Find** card.

**Step 2.** Tap **More options** (the three vertical dots), then tap **Settings**.

**Step 3.** Tap **Allow devices to be found**, then tap the **switch** next to Offline finding. This feature works with **Find My Mobile** to locate your device, even if it's offline.

Ex. 20 at 17 (https://www.samsung.com/au/support/apps-services/use-smartthings-find-with-the-smartthings-app/).

217.    The Accused Products are developed and specialized to utilize BLE technology to assist in locating devices, and to do so securely, and are not staple articles or commodities of commerce because they are specifically made to be used in an infringing manner, as described in the direct infringement claim above.



Ex. 16 at 1 (https://www.samsung.com/us/support/answer/ANS10002539/).

218.    Samsung has known or has been willfully blind to the fact that it is contributing to the infringement of one or more claims of the '838 Patent, including at least Claim 1.

**Information about SmartThings Find**  ∧

The SmartThings Find feature in the SmartThings app will help you locate your missing devices, like your phone, tablet, watch, and earbuds. SmartThings Find will scan for your devices and even show you a map with detailed information, including addresses and timestamps. You can also share device information with other Galaxy phone users so a friend can locate a device for you.

You can also use the **SmartThings Find website**! You'll be able to remotely track and locate your devices from the website, as well as lock your device and erase your device's data so no one will be able to access your information.

*Id*. (https://www.samsung.com/us/support/answer/ANS10002539/).

219.    Samsung's indirect infringement of the '838 Patent has injured and continues to injure Nodle in an amount to be proven at trial, but not less than a reasonable royalty.

220.    Samsung's indirect infringement has caused and is continuing to cause damage and irreparable injury to Nodle, and Nodle will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

221.    Nodle is entitled to injunctive relief, damages and any other relief in accordance with 35 U.S.C. §§ 283, 284 and 285.

## **PRAYER FOR RELIEF**

WHEREFORE, Nodle prays for judgment and relief as follows:

A.    An entry of judgment holding that Samsung has infringed and is infringing the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent; and has induced infringement and is inducing infringement of the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent; and/or has contributorily infringed and continues to contribute to infringement of the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent;

B.    a preliminary and permanent injunction against Samsung and its officers, employees, agents, servants, attorneys, instrumentalities, and/or those in privity with them, from infringing, or inducing the infringement of the '238 Patent, '232 Patent, '650 Patent, '837

Patent, and '838 Patent, and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

C.      an award to Nodle of such damages as it shall prove at trial against Samsung that is adequate to fully compensate Nodle for Samsung's infringement of the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent said damages to be no less than a reasonable royalty;

D.      an award to Nodle of increased damages under 35 U.S.C. § 284, including that Samsung willfully infringed the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent;

E.      a finding that this case is "exceptional" and an award to Nodle of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

F.      an accounting of all infringing sales and revenues, together with post judgment interest and prejudgment interest from the first date of infringement of the '238 Patent, '232 Patent, '650 Patent, '837 Patent, and '838 Patent; and

G.      such further and other relief as the Court may deem proper and just.


                              Respectfully submitted,

Dated: December 19, 2025          By:   /s/ *Elizabeth L. DeRieux*
                                        Elizabeth L. DeRieux (Bar No. 05770585)
                                        Capshaw DeRieux LLP
                                        114 E. Commerce Avenue
                                        Gladewater, TX 75647
                                        Telephone: (903) 845-5770
                                        ederieux@capshawlaw.com

                                        Paul J. Andre (*pro hac vice* to be filed)
                                        Lisa Kobialka (*pro hac vice* to be filed)
                                        James Hannah (*pro hac vice* to be filed)
                                        Kristopher Kastens (*pro hac vice* to be filed)

HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
paul.andre@hsfkramer.com
lisa.kobialka@hsfkramer.com
james.hannah@hsfkramer.com
kris.kastens@hsfkramer.com

*Attorneys for Plaintiff*
Nodle Technology Inc.